UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CR. NO. 4:25-CR-101
                          :
v.                        :
                          :  (Judge Arbuckle
KERRIN SIDIBE             :

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 1791(a)(1)
(Providing of Contraband to an Inmate)

In or around September 2020, at the United States Penitentiary Allenwood, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**KERRIN SIDIBE**,

contrary to 28 Code of Federal Regulations 511.11 and 21 U.S.C. Section 841, knowingly provided and attempted to provide a prohibited object, namely a controlled substance, to an inmate.

In violation of Title 18, United States Code, Section 1791(a)(1) and (d)(1)(D).

JOHN C. GURGANUS
Acting United States Attorney

_____     4/4/25
GEOFFREY MACARTHUR                 _____
Assistant United States Attorney   Date